IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TYRANT O. GABLE                                                                         PLAINTIFF

VERSUS                                                          CIVIL ACTION NO: 1:04cv581WJG-JMR

KLAIPEDA TRANSPORT FLEET, LTD.;
LASKARIDIS SHIPPING CO., LTD;
*M/V ERIDANAS* and JOHN DOES A-D                                               DEFENDANTS


KLAIPEDA TRANSPORT FLEET, LTD.                                THIRD-PARTY PLAINTIFF

VERSUS

THE HUMAN PERFORMANCE CENTER -
RIDGELAND, A DIVISION OF HUMAN
PERFORMANCE COMPANY, INC.                                     THIRD-PARTY DEFENDANT


FINAL JUDGMENT

     This cause is before the Court on the motion [74-1] for summary judgment filed by the Defendant, Klaipeda Transport Fleet, Ltd., pursuant to Federal Rules of Civil Procedure 56.  Also before the Court is the motion [87-1] for leave to amend the complaint filed by the Plaintiff, Tyrant O. Gable, pursuant to Federal Rules of Civil Procedure 15.  Pursuant to the Memorandum Opinion entered in this cause, this date and incorporated herein by reference, it is hereby,

     ORDERED AND ADJUDGED that Defendant's motion [74-1] for summary judgment be, and is hereby, granted.  It is further,

     ORDERED AND ADJUDGED that Plaintiff's motion [87-1] for leave to amend the complaint be, and is hereby, denied.  It is further,

ORDERED AND ADJUDGED that the above entitled action be, and is hereby, dismissed with prejudice.  It is further,

ORDERED AND ADJUDGED that each party bear their respective costs in connection with this action.

SO ORDERED AND ADJUDGED this the 11th day of July, 2006

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE
